No. 681. STEFFLER *v.* JOHNSTON, WARDEN. November 10, 1941. Petition for writ of certiorari to the Circuit

Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Fred Steffler, pro se. Assistant Attorney General Berge* and *Mr. Warner W. Gardner* for respondent.